## U.S. PROBATION OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Adrianne Y. Thompson     **Docket Number:** 3:12-CR-115-001

**Name of Sentencing Judicial Officer:** The Honorable Thomas W. Phillips
United States District Judge

**Date of Original Sentence:** February 20, 2013

**Original Offense:** Count 1: Unlawful Use of Another's Social Security Number
Count 2: Aggravated Identity Theft

**Class:** Count 1: D Felony     **Criminal History Category:** IV
Count 2: E Felony

**Original Sentence:** 30 months imprisonment. (This term consists of 6 months as to Count 1 and 24 months as to Count 2 to run consecutively, followed by 3 years supervised release)

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** September 10, 2014

**Date Supervision Expires:** September 9, 2017

**Assistant U.S. Attorney:** David Lewen

**Defense Attorney:** Bobby E. Hutson, Jr.

*******************************************

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1) The defendant shall not open any bank accounts, apply for credit cards, or open any lines of credit without the permission of the probation officer.

2) The defendant shall provide the probation officer access to any requested financial information.

## CAUSE

In October 2014 Assistant United States Attorney David Lewen was contacted by Knoxville Police Investigator Kelly Randolph with a report the offender had made numerous attempts to open a bank account online using her name and date of birth, except that the offender was transposing the last two digits of her social security number and/or altering her date of birth on the applications. Further, the offender represented she was employed as a nurse at the University of Tennessee Medical Center. Based on the offender's history of fraud and identity theft, there is a concern Ms. Thompson may be attempting to defraud financial institutions through false representations on bank applications giving rise to a concern she may soon be victimizing third parties by using social security numbers to open bank and/or credit accounts. The offender admitted to attempting to open a bank account and agreed to the above modifications. Assistant United States Attorney David Lewen contacted this officer and is in agreement to the aforementioned modifications. A signed Waiver of Hearing to Modify Conditions of Probation/Supervised Release is attached for the Court's review.

Respectfully submitted,
Jennifer H. Fletcher
*Jennifer Fletcher* 2014.12.03
15:28:35 -05'00'
Jennifer Fletcher
United States Probation Officer
Knoxville Division

APPROVED:

Dan Thornton
C. Dan Thornton  2014.12.03 14:47:13
-05'00'
_____
C. Dan Thornton, Jr.          Date
Supervising United States Probation Officer

JHF:da

---

## ORDER OF COURT:

**The conditions of supervision are hereby modified as follows:**

1) The defendant shall not open any bank accounts, apply for credit cards, or open any lines of credit without the permission of the probation officer.

2) The defendant shall provide the probation officer access to any requested financial information.

PROB12B - 1/03

So ordered.

**ENTER.**

*Thomas W. Phillips*
The Honorable Thomas W. Phillips
United States District Judge

12/8/14
Date