IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:12-CR-115 |
| v. ) | |
| ) | |
| ADRIANNE Y. THOMPSON ) | JUDGE PHILLIPS |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the Defendant, Adrianne Y. Thompson. The Defendant admits that she has violated each of the conditions of release specified by the Petition. An agreement has been reached between the parties in which it is recommended that the Defendant's supervised release should be revoked and that she should receive a sentence of eighteen (18) months of imprisonment to be followed by no term of supervised release. The Defendant requests that she be recommended for a Bureau of Prisons facility in close proximity to East Tennessee.

The Defendant waives her right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waives her right to allocute at a revocation hearing, and asks that the agreement of the Defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The violations committed by the Defendant are "Grade B" violations. The Defendant's criminal history category is IV. The advisory guideline range is 12 to 18 months, and there is a statutory maximum of 24 months of imprisonment. The Court has also

considered the factors listed in 18 U.S.C. § 3553(a).

The Court finds that the recommended sentence is sufficient but not greater than necessary to comply with the statutory purpose set forth in 18 U.S.C. § 3553(a). The recommended sentence is within the statutory maximum, is necessary to reflect the seriousness of the offenses committed by the Defendant, promote respect for the law, and deter others who violate supervised release.

Based on the foregoing, the Court concludes that the recommended sentence is sufficient, but not greater than necessary to accomplish the purposes set forth in 18 U.S.C. § 3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS ORDERED, therefore, that the Defendant's supervised release is hereby REVOKED. The Defendant is sentenced to a term of eighteen (18) months of imprisonment to be followed by no term of supervised release. It is further recommended that her sentence be served at a facility in close proximity to East Tennessee.

ENTER this the 4th day of February 2015.

                                                s/ Thomas W. Phillips
                                                Honorable Thomas W. Phillips
                                                United States District Judge

APPROVED FOR ENTRY:

*Cynthia Davidson* (Bobby Hutson / by permission)
Cynthia Davidson
Assistant U.S. Attorney

*Bobby E. Hutson* (2/3/15)
Bobby E. Hutson, Jr.
Assistant Federal Defender

X *Adrianne Thompson*
Adrianne Y. Thompson
Defendant

*Jennifer Fletcher* (Bobby Hutson / by permission)
Jennifer Fletcher
U.S. Probation Officer